IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Nos.   13-cv-1064 RB/SMV
                                                   11-cr-0487 RB

RICARDO GUTIERREZ,

    Defendant.

## ORDER FOR ANSWER

THIS MATTER is before the Court, sua sponte under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant Gutierrez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, [CV Doc. 1], [CR Doc. 396], filed on October 29, 2013. In accordance with rule 4(b), the Court will direct the United States to answer Defendant's motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to forward a copy of Defendant Gutierrez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, [CV Doc. 1], [CR Doc. 396], and supporting papers and exhibits, if any, together with a copy of this Order, to the United States of America c/o Steven R. Spitzer, U.S. Attorney's Office, 700 East San Antonio Suite 200, El Paso, Texas 79901.

**IT IS FURTHER ORDERED** that, within twenty-three (23) days of entry of this Order, the United States shall answer Defendant Gutierrez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**